# Third District Court of Appeal

**State of Florida**

Opinion filed November 18, 2020.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-823
Lower Tribunal Nos. 11-19717, 11-21563,
12-309, 12-311 & 12-16008

_____

**Kendrick Davis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An appeal conducted pursuant to Anders v. California, 386 U.S. 738 (1967), from the Circuit Court for Miami-Dade County, Miguel M. de la O, Judge.

Kendrick Davis, in proper person.

Ashley Moody, Attorney General, for appellee.

Before LOGUE, SCALES and LINDSEY, JJ.

PER CURIAM.

Affirmed.